## Nespoli *v.* Nespoli, Appellant.

Submitted December 3, 1974. *Louis J. Gagliardi,* for appellant; *Irving J. Katz,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.